UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 1:CR-05-338 |
| | ) | |
| | ) | (Judge Conner) |
| vs. | ) | |
| | ) | |
| JOSE BAEZ and | ) | |
| MARIBEL DAVILA | ) | |

**FILED**
HARRISBURG, PA
NOV 02 2005
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

## ORDER

AND NOW, this 2ND day of November 2005, upon consideration of the Government's Motion to Consolidate Proceedings and Continue Trial, the Court finds that the defendants are joined together in a single indictment but due to differing arraignment dates and individual continuance requests, now currently face various trial dates, ranging from November 7, 2005 to December 5, 2005. These defendants, who are joined together in this indictment, should be tried together in a single proceeding, absent a proper motion and order compelling severance of charges and defendants. To achieve this goal, IT IS ORDERED that the cases against the individual defendants are continued and consolidated for trial on December 5, 2005. Since this brief continuance is needed in order to permit the parties to complete plea negotiations and conduct a single trial of these defendants who are joined in a single indictment the Court finds that any delay resulting from these proceedings should be excluded from speedy trial calculations pursuant to Title 18, United States Code, Section 3161(h)(7) and (8).

_____
UNITED STATES DISTRICT JUDGE

cc: Ct; AUSA(Culver); Deft Atty; Deft Davila (via cnsl); USP; USM; Pr. Ptc; Interpreter; Jury Clk; Ct Rptr; Crim Dep; Deft cnsl Rude