IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CRIMINAL NO. 1:05-CR-0338 |
| | : | |
| v. | : | (Judge Conner) |
| | : | |
| **JOSE BAEZ** | : | |

### ORDER

AND NOW, this 7th day of April, 2006, upon consideration of defendant's motion (Doc. 58) for a continuance of the sentencing hearing in order to prepare and file a sentencing memorandum, and it appearing that sentencing has been rescheduled for 10:00 a.m. on Monday, April 17, 2006, it is hereby ORDERED that:

1. Defendant shall be permitted to file a sentencing memorandum at or before 12:00 p.m. on Wednesday, April 12, 2006.

2. The government shall be permitted to file a response at or before 12:00 p.m. on Friday, April 14, 2006.

/s/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge

*FILED HARRISBURG APR 0 7 2006 MARY E. D'ANDREA, CLERK Per ___ Deputy Clerk*